UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| NORTH HILLS MEDICAL CENTER, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>WHITING CONSTRUCTION CO., INC.,<br>PIKE ELECTRIC, LLC, and<br>USIC LOCATING SERVICES, LLC,<br><br>    Defendants. | Case No: 6:16-cv-02740-MGL<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF DEADLINE FOR DESIGNATION OF EXPERT WITNESSES** |

This matter is before the Court on Plaintiffs' motion, with the consent of the Defendant, for extension of deadline for designation of expert witnesses. Having considered the motion and being otherwise sufficiently advised, the Court finds the motion for extension should be granted.

It is therefore **ORDERED** the parties shall serve a document in accordance with Federal Rules of Civil Procedure 26 identifying each person whom they expect to call as an expert at trial by the following dates:

    Plaintiff:    **March 6, 2017**

    Defendant:    **May 3, 2017**

**AND IT IS SO ORDERED.**

                                                                                   s/Mary Geiger Lewis
                                                                                   United States District Judge

January 17, 2017
Columbia, South Carolina