UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| NORTH HILLS MEDICAL CENTER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WHITING CONSTRUCTION CO., INC., PIKE ELECTRIC, LLC, and USIC LOCATING SERVICES, LLC, <br><br> Defendants. | Case No: 6:16-cv-02740-MGL <br><br><br> **ORDER GRANTING CONSENT MOTION FOR CHANGE OF DISCOVERY DEADLINES** |

This matter is before the Court on Plaintiff's motion, with the consent of the Defendants, for the change of certain discovery deadlines. Having considered the motion and being otherwise sufficiently advised, the Court finds the motion should be granted.

It is therefore **ORDERED** that the discovery deadlines shall be amended as outlined below:

1. Plaintiff shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information requested by Fed.R.Civ.P. 26(a)(2)(b) has been disclosed to other parties by **May 16, 2017.**

2. Defendants shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information requested by Fed.R.Civ.P. 26(a)(2)(b) has been disclosed to other parties by **July 17, 2017.**

3. Counsel shall file and serve affidavits of records custodian witnesses proposed to be present by affidavit at trial no later than **July 31, 2017.** Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure.

4. Discovery shall be completed no later than **August 1, 2017.** All discovery requests shall be served in time for the responses thereto to be served by this date.

5. Mediation shall be completed in this case on or before **April 28, 2017**.

6. All other deadlines, including the trial date, as outlined in the Amended Conference and Scheduling Order filed on September 15, 2016, shall remain the same.

**AND IT IS SO ORDERED.**

 s/Mary Geiger Lewis
Honorable Mary Geiger Lewis
United States District Judge

March 1, 2017
Columbia, South Carolina