IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| North Hills Medical Center, LLC, ) | |
| ) | Civil Action No.   6:16-cv-02740-MGL |
| Plaintiffs, ) | |
| ) | ORDER OF DISMISSAL |
| vs. ) | |
| ) | |
| Whiting Construction Co., Inc.; ) | |
| Pike Electric, LLC, ) | |
| ) | |
| Defendants. ) | |

The Court having been advised by counsel for the parties that the above action has been settled as to defendants Whiting Construction Co., Inc. and Pike Electric, LLC.,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice as to defendants Whiting Construction Co Inc. and Pike Electric, LLC.  If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6), F.R.Civ.P.  In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement.  Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).  By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement.  Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be with prejudice as to defendants Whiting Construction Co., Inc. and Pike Electric, LLC. if no action is taken under either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

April 27, 2017
Columbia, South Carolina